

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Selfhelpworks.com, Inc., a California corporation | Civil Action No. <u>10CV0172-JAH(WVG)</u> |
| **Plaintiff,** | |
| **V.** | |
| 1021018 Alberta LTD.; (see attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The stay of the proceedings is lifted. The action is dismissed without prejudice in its entirety.

**Date:** <u>      3/27/17      </u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  <u>J. Petersen</u>

J. Petersen, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 10CV0172-JAH(WVG)

Selfhelpworks.com, Inc., a California corporation
_____
Plaintiff

V.

1021018 Alberta LTD., a Canadian limited liability company
doing business as Wu Yi Source; iWorks, a business form unknown;
Jeremy Johnson, an individual; Does, 1-25 inclusive; Roes 1-25
_____
Defendant